FILED

MAY 3 0 2013

CLERK, U S DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY                              DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,    )   Case No. 13CR0335-WMC
                             )
              Plaintiff,     )   AMENDED ORDER AND JUDGMENT
                             )   GRANTING UNITED STATES'
     v.                      )   MOTION TO DISMISS WITHOUT
                             )   PREJUDICE
DIEGO ROSAS-GUERRERO,        )
                             )
              Defendant.     )
                             )
─────────────────────────────)

     Upon application of the Government,

     IT IS HEREBY ORDERED that the charging documents in
this case, including the Indictment, Information, and
Superseding Information, be dismissed in their entirety
without prejudice.

     IT IS HEREBY ORDERED that the Defendant Diego Rosas-
Gurrero be ordered released as to this matter only, pending
the adjudication of his outstanding warrant and alleged OSC
violation in 11CR2216-L.

     SO ORDERED.

     DATED:  5/30/13            .


                              HONORABLE WILLIAM V. GALLO
                              United States Magistrate Judge